# JS-6

**FILED: 8/13/14**

NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPECULATIVE PRODUCT DESIGN, LLC, a California Limited Liability Company d/b/a SPECK PRODUCTS,<br><br>Plaintiff,<br><br>v.<br><br>GMB LOGISTICS, INC., a California Corporation d/b/a DS COVERS; and DOES 1-10, Inclusive,<br><br>Defendants. | Case No.: CV14-01992 ABC (AJWx)<br><br>[~~PROPOSED~~] PERMANENT INJUNCTION AGAINST DEFENDANT GMB LOGISTICS, INC. D/B/A DS COVERS AND DISMISSAL OF ENTIRE ACTION |

The Court, pursuant to the Stipulation for Entry of Permanent Injunction ("Stipulation"), between Plaintiff SPECULATIVE PRODUCT DESIGN, LLC ("Plaintiff"), on the one hand, and Defendant GMB LOGISTICS, INC. ("Defendant"), on the other hand, hereby ORDERS, ADJUDICATES and DECREES that a permanent injunction shall be and hereby is entered against Defendant as follows:

1. **PERMANENT INJUNCTION.** Defendant and any person or entity acting in concert with, or at its direction, including any and all agents, servants,

employees, partners, assignees, distributors, suppliers, resellers and any others over which it may exercise control, are hereby restrained and enjoined, pursuant to 15 United States Code ("U.S.C.") §1116(a) and 17 U.S.C. §502, from engaging in, directly or indirectly, or authorizing or assisting any third party to engage in, any of the following activities in the United States and throughout the world:

    a. importing, exporting, marketing, selling, offering for sale, distributing or dealing in any product or service that uses, or otherwise making any use of, any of Plaintiff's intellectual properties, including but not limited to Plaintiff's SPECK® and CANDYSHELL® trademarks, copyrights, patents ("Plaintiff's Intellectual Properties") or any intellectual property that is confusingly or substantially similar to, or that constitutes a colorable imitation of, any of Plaintiff's Intellectual Properties, whether such use is as, on, in or in connection with any trademark, service mark, trade name, logo, design, Internet use, website, domain name, metatags, advertising, promotions, solicitations, commercial exploitation, television, web-based or any other program, or any product or service, or otherwise;

    b. performing or allowing others employed by or representing it, or under its control, to perform any act or thing which is likely to ==unlawfully== injure Plaintiff, any of Plaintiff's SPECK® or CANDYSHELL® trademarks, and/or Plaintiff's business reputation or goodwill, including making ==untrue== disparaging, negative, or critical comments regarding Plaintiff or its products;

    c. engaging in any acts of federal and/or state trademark infringement, false designation of origin, unfair competition, dilution, copyright infringement, patent infringement or other act which would tend damage or injure Plaintiff; and/or

    d. using any Internet domain name or website that includes any of Plaintiff's trademarks, including the SPECK® and CANDYSHELL® marks.

/ / /

2.    Defendant is ordered to deliver immediately for destruction all unauthorized products, including counterfeit cell phone cases using Plaintiff's SPECK® and/or CANDYSHELL® marks and related products, labels, signs, prints, packages, wrappers, receptacles and advertisements relating thereto in its possession or under its control bearing any of Plaintiff's Intellectual Properties or any simulation, reproduction, counterfeit, copy or colorable imitations thereof, to the extent that any of these items are in Defendant's possession.

3.    This Permanent Injunction shall be deemed to have been served upon Defendant at the time of its execution by the Court.

4.    The Court finds there is no just reason for delay in entering this Permanent Injunction, and, pursuant to Rule 54(a) of the *Federal Rules of Civil Procedure*, the Court directs immediate entry of this Permanent Injunction against Defendant.

5.    **NO APPEALS AND CONTINUING JURISDICTION.**  No appeals shall be taken from this Permanent Injunction, and the parties waive all rights to appeal.  This Court expressly retains jurisdiction over this matter to enforce any violation of the terms of this Permanent Injunction.

6.    **NO FEES AND COSTS.**  Each party shall bear its own attorneys' fees and costs incurred in this matter.

7.    **DISMISSAL OF THE ACTION.**  The Court hereby dismisses the action, without prejudice, upon entry of this Permanent Injunction against Defendant.

IT IS SO ORDERED, ADJUDICATED and DECREED this <u>13th</u> day of <u>August</u>, 2014.

_____
HON. GEORGE H. KING
Chief United States District Judge
Central District of California

- 3 -
**[PROPOSED] PERMANENT INJUNCTION AND DISMISSAL**